

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 24, 2022

**BY ECF**                                                                Application granted.

The Honorable Cathy Seibel
United States District Judge                                              SO ORDERED.
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

    Re:   *United States v. Devaughn Blakey*, 17 Cr. 753 (CS)

Dear Judge Seibel:                                                        5/26/22

        The Government respectfully requests, with the consent of the U.S. Probation Office ("Probation"), that the Court unseal the portions of Probation's file for the above-referenced defendant related to the specifications in the November 1, 2021 Amended Violation of Supervised Release ("VOSR") Petition. Probation has indicated that these requested materials may be relevant to the instant VOSR proceedings. Accordingly, the Government respectfully requests that the Court "So Order" this letter and unseal the requested materials.

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney
                                            Southern District of New York

                       By: */s/ Stephanie Simon*
                           Stephanie Simon
                           Assistant United States Attorney
                           (914) 993-1920

cc:    Michael K. Burke, Esq.